**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

LESLIE HUCKABEE                                                                                   PLAINTIFF

V.                                              NO. 1:05CV00078 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Orderfiled this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ORDERED this 9th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE